# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONG WAY,<br><br>            Plaintiff,<br><br>    vs.<br><br>20 UNKNOWN EMPLOYEES,<br><br>        Defendants. | 1:12cv00357 AWI DLB PC<br><br>ORDER REGARDING PLAINTIFF'S<br>REQUESTS FOR STATUS<br><br>(Documents 8 and 9) |

Plaintiff Long Way ("Plaintiff") is a prisoner in the custody of the Federal Bureau of Prisons and is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on March 9, 2012.  On October 18, 2012, and December 26, 2012, Plaintiff filed motions inquiring as to the status of his action.

The court has a large number of pro se prisoner and civil detainee cases pending before it and it will screen Plaintiff's complaint in due course.  The court will notify Plaintiff as soon as any action is taken in the case.  Due to the large number of civil actions pending before the court, the clerk is unable to respond in writing to individual inquiries regarding the status of the case. As long as Plaintiff keeps the court apprised of his or her current address, Plaintiff will receive all decisions which might affect the status of the case.

IT IS SO ORDERED.

  Dated:   **January 8, 2013**                  /s/ Dennis L. Beck
                                          UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28