# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| LONG WAY,<br><br>             Plaintiff,<br><br>     vs.<br><br>20 UNKNOWN EMPLOYEES,<br><br>             Defendants. | 1:12cv00357 AWI DLB PC<br><br>**ORDER TO SHOW CAUSE** WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>ORDER DENYING MOTION TO REQUEST SERVICE<br>(Document 13)<br><br>**TWENTY-ONE DAY DEADLINE** |

Plaintiff Long Way ("Plaintiff"), a federal prisoner proceeding pro se, filed this civil action on March 9, 2012, pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors.  Plaintiff paid the filing fee and is therefore not proceeding in forma pauperis.

In his original complaint, Plaintiff named 20 Unknown Employees of Federal Bureau of Prisons USP-Atwater, as Defendants.  He did not identify *any* Defendants by name.  The Court screened the complaint on February 27, 2013, and dismissed the complaint with leave to amend.  Although the Court found a cognizable First Amendment access to courts claim, the Court explained that Plaintiff had to file an amended complaint naming at least one Defendant because he could not effectuate service otherwise.  The amended complaint could either proceed on the

cognizable First Amendment claim or attempt to cure the deficiencies in the other claims identified in the screening order.

On March 22, 2013, Plaintiff filed a First Amended Complaint along with a Motion to Request Service. Plaintiff again fails to name any specific Defendants in the First Amended Complaint. In the Motion to Request Service, he states that it is impossible to name Defendants, as ordered by the Court. He requests that a United States Marshal proceed with service of process. Plaintiff is not proceeding pro se and his is therefore responsible for serving Defendants. However, without any named Defendants, neither Plaintiff nor the United States Marshal is able to effectuate service. His motion is therefore DENIED.

It appears that this action is at an impasse. At least one named Defendant is required for service and to move this action forward, but Plaintiff believes that it is impossible for him to determine their identities. It is Plaintiff's responsibility to obtain the names of at least one Defendant and prosecute this action.

Plaintiff is therefore ORDERED TO SHOW CAUSE, if any he has, why this action should not be dismissed for failure to prosecute. Plaintiff must file a response to this order to show cause within 21 days. <u>Failure to do so will result in a recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

Dated:   **April 2, 2013**                         /s/ *Dennis L. Beck*
                                                   UNITED STATES MAGISTRATE JUDGE