# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONG WAY,<br><br>          Plaintiff,<br><br>     vs.<br><br>20 UNKNOWN EMPLOYEES,<br><br>          Defendants. | 1:12cv00357 AWI DLB PC<br><br>**ORDER STAYING ORDER TO SHOW CAUSE FOR 60 DAYS**<br><br>**(Document 15)** |

    Plaintiff Long Way ("Plaintiff"), a federal prisoner proceeding pro se, filed this civil action on March 9, 2012, pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors.  Plaintiff paid the filing fee and is therefore not proceeding in forma pauperis.  Plaintiff filed a First Amended Complaint on March 22, 2013.  He names 20 Unknown Employees of Federal Bureau of Prisons USP-Atwater, as Defendants.  He did not identify *any* Defendants by name.

    On April 3, 2013, the Court issued an Order to Show Cause why the action should not be dismissed for Plaintiff's failure to prosecute.

The Court recently granted Plaintiff's request for a subpoena duces tecum directed to the Warden of USP-Atwater. The subpoena requires production of the names of the USP-Atwater officials involved in the shakedown in Unit 5A, on April 7, 2010.

Accordingly, the Court STAYS this Order to Show Cause for 60 days. At the expiration of 60 days, the Court will assess whether a response is necessary.

IT IS SO ORDERED.

Dated:   **April 20, 2013**                           /s/ *Dennis L. Beck*
                                                    UNITED STATES MAGISTRATE JUDGE