# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONG WAY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>20 UNKNOWN DEFENDANTS,<br><br>　　　　Defendants. | 1:12cv00357 AWI DLB PC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(Document 15) |

Plaintiff Long Way ("Plaintiff"), a federal prisoner proceeding pro se, filed this civil action on March 9, 2012, pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. Plaintiff paid the filing fee and is therefore not proceeding in forma pauperis.

On April 3, 2013, the Court issued an Order to Show Cause why the action should not be dismissed for Plaintiff's failure to prosecute. At that point, Plaintiff had not identified *any* Defendants and he was therefore unable to serve the complaint.

On June 27, 2013, Plaintiff filed a Second Amended Complaint that named numerous Defendants. Accordingly, the Order to Show Cause is DISCHARGED.

IT IS SO ORDERED.

Dated:  **July 2, 2013**                                        /s/ *Dennis L. Beck*
                                                                        UNITED STATES MAGISTRATE JUDGE