# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONG WAY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>20 UNKNOWN EMPLOYEES,<br><br>　　　　　Defendants. | 1:12cv00357 AWI DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SUBPOENA<br><br>(Document 27) |

　　　Plaintiff Long Way ("Plaintiff"), a federal prisoner proceeding pro se, filed this civil action on March 9, 2012, pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors.  Plaintiff paid the filing fee and is therefore not proceeding in forma pauperis.

　　　By separate order, the Court has ordered Plaintiff to serve his Third Amended Complaint within 120 days.  As Plaintiff is not proceeding in forma pauperis, he is responsible for service of the complaint.

　　　On August 5, 2013, Plaintiff filed a Motion for Subpoena directed to the Federal Bureau of Prisons, Western Region Office.  Plaintiff seeks "the 27 Defendants' full names and current

1

address of facility of employment with the Federal Bureau of Prisons." He states that some Defendants no longer work at USP-Atwater and that for 13 of the 27 names, he only has a last name.

Subject to certain requirements, Plaintiff may be entitled to the issuance of a subpoena commanding the production of documents from a non-party. Fed. R. Civ. P. 45. To obtain such relief, Plaintiff must file a motion requesting the issuance of a subpoena duces tecum that identifies with specificity the documents sought and from whom.

Here, Plaintiff's request is premature. Plaintiff has not started the service process and he therefore cannot show that he has been unable to serve Defendants.

Accordingly, Plaintiff's motion is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated: **August 26, 2013**       /s/ Dennis L. Beck
                                 UNITED STATES MAGISTRATE JUDGE