# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONG WAY,<br><br>        Plaintiff,<br><br>    vs.<br><br>20 UNKNOWN EMPLOYEES,<br><br>        Defendants. | 1:12cv00357 AWI DLB PC<br><br>**ORDER REQUIRING PLAINTIFF TO SERVE COMPLAINT ON DEFENDANTS WITHIN ONE-HUNDRED TWENTY DAYS** |

Plaintiff Long Way ("Plaintiff"), a federal prisoner proceeding pro se, filed this civil action on March 9, 2012, pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. Plaintiff paid the filing fee and is therefore not proceeding in forma pauperis.

The Court has screened Plaintiff's August 5, 2013, Third Amended Complaint and finds that it states a First Amendment access to courts claim against the following Defendants: W. Gray, Tincher, Bautista, B. Herrera, R. Ortiz, J. E. Garcia, Ciufo, T. Adam, F. Silver, Aquitania, Linsenmeyer, R. Gardea, J. M. Sanchez, Aguirre, S. Jackson, P. Scott, L. Taitano, Fields, C. Wolff, P. Sahota, Robinson, Gallegos, Shandor, Paniagua, K. Cole, Watkins and Spencer.[1]

---

[1] By separate order, the Court denied Plaintiff's motion for a subpoena. Plaintiff sought the full names and current addresses of Defendants.

1

<u>Plaintiff is not proceeding in forma pauperis and is therefore responsible for service, and he must serve Defendants in accordance with Rule 4(i) of the Federal Rules of Civil Procedure.</u> Included with this order are the appropriate documents and a copy of Rule 4.  Unless good cause for an extension of time is shown, Plaintiff must complete service of process and file proof thereof with the Court within one-hundred twenty days.  Fed. R. Civ. P. 4(m).  The following sections contain instructions on how to serve Defendants.

**A.       Instructions on Completing Service**

This is a <u>Bivens</u> action and therefore personal service is required.  <u>Daly–Murphy v. Winston</u>, 837 F.2d 348, 355 (9th Cir.1987) ("where money damages are sought through a <u>Bivens</u> claim, personal service, and not service through the place of employment, is necessary to obtain jurisdiction over a defendant in his capacity as an individual.").

Therefore, the summons, a copy of the Third Amended Complaint, and a copy of this order must be personally served on each Defendant in accordance with Federal Rule of Civil Procedure 4(i).  Rule 4(i) requires service on the individual Defendants, as well as the United States Attorney for the district where the action in pending and the United States Attorney.

<u>Plaintiff may not effect personal service himself</u>.  Fed. R. Civ. P. 4(c)(2).  <u>Service may be effected by any person who is not a party to this action and who is at least eighteen years old</u>.  Id.  Plaintiff should review Rule 4(i), provided with this order, as it more fully addresses how personal service is effected.

**B.       Order**

In accordance with the above, it is HEREBY ORDERED that:

1.       The Clerk of the Court shall issue and send Plaintiff 27 summonses, and shall send Plaintiff one copy of the following documents:

           a)       Third Amended Complaint filed on August 5, 2013; and

1    　　　　b)    A copy of Rule 4 of the Federal Rules of Civil Procedure.[2]

2    　　2.    Plaintiff shall complete service of process on the above-named Defendants within

3    **one-hundred twenty (120) days** from the date of service of this order; and

4    　　3.    <u>Unless good cause is shown, Plaintiff's failure to complete service of process on

5    Defendants and to file proof thereof with the Court within one-hundred twenty days will result in

6    dismissal of this action</u>.

7

8    IT IS SO ORDERED.

9
　　Dated:   **August 26, 2013**                       /s/ Dennis L. Beck
10
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[2] The Clerk need not send Plaintiff the "Notice of Lawsuit and Request for Waiver of Summons" because the United States and its employees are not subject to the waiver requirement.