BENJAMIN B. WAGNER
United States Attorney
VICTORIA L. BOESCH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONG WAY,<br><br>                    Plaintiff,<br><br>            v.<br><br>20 UNKNOWN EMPLOYEES OF FEDERAL BUREAU OF PRISONS USP−ATWATER, CALIFORNIA, ET AL.,<br><br>                    Defendants. | CASE NO. 1:12−CV−00357−AWI−DLB<br><br>**EX PARTE APPLICATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

     Federal Defendants, pursuant to Local Rule 144, submit this ex parte application for an extension of time to file a response to the Third Amended Complaint (Dkt. 26), on the following grounds:

     Plaintiff, Long Way, is an inmate in the custody of the Federal Bureau of Prisons and is proceeding in propria persona in this action. Plaintiff's Third Amended Complaint names 27 individual defendants. Each is identified by last name only or by last name and initials. On August 26, 2013, the Court ordered plaintiff (who is not proceeding in forma pauperis) to serve each defendant within 120 days (by December 24, 2013). Dkt. 29. To date, eight defendants have been served. Requests for Department of Justice representation for those individuals and others that the Bureau of Prisons has been able to identify and contact have been submitted and are pending.

//

EX PARTE APPLICATION                              1

In order to allow time for completion of representation approvals and to facilitate the filing of a consolidated response, the undersigned requests an extension until February 24, 2014 (60 days following the last day to serve defendants) for served defendants to file a response to the complaint. No prior extensions of time have been sought.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: November 15, 2013      By:   */s/ Victoria L. Boesch*
VICTORIA L. BOESCH
Assistant United States Attorney

Attorneys for Federal Defendants

IT IS SO ORDERED.

Dated:   **November 18, 2013**          /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE

EX PARTE APPLICATION                    2