# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONG WAY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>20 UNKNOWN EMPLOYEES,<br><br>　　　　Defendants. | ) 1:12cv00357 AWI DLB PC<br>)<br>)<br>) ORDER VACATING ORDER<br>) GRANTING ISSUANCE OF SUBPOENA<br>) (Document 60)<br>)<br>) ORDER DIRECTING CLERK OF COURT<br>) TO SEND COURTESY COPY OF THIS<br>) ORDER TO TROY DORRETT |

　　　Plaintiff Long Way ("Plaintiff"), a federal prisoner proceeding pro se, filed this civil action on March 9, 2012, pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. Plaintiff paid the filing fee and is therefore not proceeding in forma pauperis.

　　　On April 22, 2013, the Court granted Plaintiff's request for a subpoena directed to the Warden of USP-Atwater and seeking the names of the officers involved in the event at issue in Plaintiff's complaint.

　　　Plaintiff filed his Third Amended Complaint on August 5, 2013. He was able to identify 27 employees as Defendants. On August 26, 2013, the Court ordered Plaintiff to serve his Third Amended Complaint within 120 days.

On December 9, 2013, Plaintiff filed a request for a subpoena directed to the Federal Bureau of Prisons, Western Regional Office.[1] Plaintiff sought the full names of the 27 Defendants and their current place of employment with the BOP. At the time he filed his request, eight Defendants (P. Scott, R. Gardea, J. Ciufo, K. Cole, C. Wolff, R. Ortiz, T. Adam and P. Shahota) had been served. The remaining summonses were returned "due to insufficient name or no longer employed at USP-Atwater." Mot. 2.

On January 2, 2014, the Court granted Plaintiff's request, finding that he was entitled to identifying information for the following 19 Defendants: W. Gray, Tincher, Bautista, B. Herrera, J. E. Garcia, F. Silver, Aquitania, Linsenmeyer, J. M. Sanchez, Aguirre, S. Jackson, L. Taitano, Fields, Robinson, Gallegos, Shandor, Paniagua, Watkins[2] and Spencer.

When it issued the subpoena, the Court indicated that it would reconsider the order if Defendants provided alternate options. On January 16, 2014, Defendants responded to the order. For 13 of Defendants who appeared unserved at the time of the filing (Tincher, Bautista, B. Herrera, J.E. Garcia, Aquitania, Aguirre, L. Taitano, Fields, Robinson, Gallegos, Shandor, Paniagua and Watkins), Defendants provide a full name and work address at which they can be served.

For five of the remaining Defendants (W. Gray, Linsenmeyer, S. Jackson, Spencer and F. Silver), Defendants indicate that they have authorized Bureau of Prisoners attorney Troy Dorrett to accept service on their behalf. Defendants provide Mr. Dorrett's address.

As for the remaining unserved Defendant (J. M. Sanchez), Defendants' counsel states that he is a former Bureau of Prisons employee and counsel has been unable to contact him. Defendants object to the disclosure of Sanchez's last known address under the Privacy Act of 1974 and to protect his safety. Defendants suggest that the Bureau of Prisons provide Sanchez's

---

[1] Plaintiff states that he filed a prior request on October 31, 2013, and that no order has issued. However, a review of the docket indicates that the Court never received such a motion.

[2] On January 21, 2014, a proof of service indicates that Defendant Watkins was served on October 3, 2013 (ECF No. 63).

2

address to the United States Marshal, and that the Court order the United States Marshal to attempt service while redacting Sanchez's address from public documents and/or service documents provided to Plaintiff.

The Court agrees that Defendants' alternate suggestions, at this time, negate the need for a subpoena and the Court therefore VACATES the January 2, 2014, order. Plaintiff will be instructed on service by separate order. The Court will also direct the United States Marshal to serve Defendant Sanchez by separate order.

The Clerk of Court is DIRECTED to send a courtesy copy of this order to Troy Dorrett, Senior Attorney, Bureau of Prisons Western Region Office, 7338 Shoreline Drive, Stockton, CA 95219.

IT IS SO ORDERED.

Dated:   **February 3, 2014**                     /s/ *Dennis L. Beck*
                                                                        UNITED STATES MAGISTRATE JUDGE