BENJAMIN B. WAGNER
United States Attorney
VICTORIA L. BOESCH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONG WAY,<br><br>            Plaintiff,<br><br>      v.<br><br>20 UNKNOWN EMPLOYEES OF FEDERAL BUREAU OF PRISONS USP−ATWATER, CALIFORNIA, ET AL.,<br><br>            Defendants. | CASE NO. 1:12−CV−00357−AWI−DLB<br><br>**EX PARTE APPLICATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Federal Defendants, pursuant to Local Rule 144, submit this ex parte application for an extension of time to file a response to the Third Amended Complaint (Dkt. 26). This is the second request for such an extension, the Court having granted the first (Dkt. 58) in order to allow service of the remaining defendants and facilitate a consolidated response. Because the Court has granted Plaintiff 120 days (until June 3, 2014) to serve the 18 remaining defendants (Dkt. 74-77), Federal Defendants respectfully request an extension from the current consolidated response date of February 24, 2014 to **April 24, 2014**. This will allow time for Plaintiff to complete service in accordance with the Court's orders and for Federal Defendants' counsel to obtain Department of Justice representation approvals for all of the defendants. If Plaintiff has not completed service as the April 24 date approaches, Federal Defendants will seek another extension.

EX PARTE APPLICATION                              1

Plaintiff, Long Way, is an inmate in the custody of the Federal Bureau of Prisons and is proceeding in propria persona in this action. Plaintiff's Third Amended Complaint names 27 individual defendants. Nine of these defendants have been served, and the Court has ordered Plaintiff (who is not proceeding in forma pauperis) to serve seventeen others by June 3, 2014. Dkt. 75. The Court has ordered the United States Marshals Service to attempt service on the one remaining defendant. Dkt. 76. Requests for Department of Justice representation for all individuals except for the one defendant not yet contacted (Jaime Sanchez) have been submitted and are pending.

In order to allow time for completion of representation approvals and to facilitate the filing of a consolidated response, the undersigned requests an extension until **April 24, 2014** for served defendants to file a response to the complaint.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: February 4, 2014       By:    */s/ Victoria L. Boesch*
VICTORIA L. BOESCH
Assistant United States Attorney

Attorneys for Federal Defendants

IT IS SO ORDERED.

Dated:   **February 5, 2014**            /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE

EX PARTE APPLICATION                 2