# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONG WAY,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>20 UNKNOWN EMPLOYEES,<br><br>　　　　　Defendants. | 1:12cv00357 AWI DLB PC<br><br>ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(Document 117) |

　　　　Plaintiff Long Way ("Plaintiff"), a federal prisoner proceeding pro se, filed this civil action on March 9, 2012, pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors.  Plaintiff paid the filing fee and is therefore not proceeding in forma pauperis.

　　　　On April 21, 2014, Plaintiff filed an application to proceed in forma pauperis for the purposes of service only.  Plaintiff believed that four Defendants had not yet been served.

　　　　However, on April 24, 2014, all Defendants, including the four identified by Plaintiff, filed a motion for summary judgment.

1

Accordingly, since it appears that all Defendants have been served, Plaintiff's application is DENIED AS MOOT.

IT IS SO ORDERED.

Dated:   **April 28, 2014**                              /s/ *Dennis L. Beck*
                                                               UNITED STATES MAGISTRATE JUDGE