# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONG WAY,<br><br>            Plaintiff,<br><br>     vs.<br><br>20 UNKNOWN DEFENDANTS,<br><br>            Defendants. | )  1:12cv00357 AWI DLB PC<br>)<br>)  ORDER GRANTING PLAINTIFF'S<br>)  MOTION TO PROCEED IN FORMA<br>)  PAUPERIS ON APPEAL<br>)<br>)  (Document 138)<br>)<br>) |

Plaintiff Long Way ("Plaintiff"), a federal prisoner proceeding pro se, filed this civil action on March 9, 2012, pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors.

On February 2, 2015, the Court granted Defendants' motion to dismiss and entered judgment. On February 13, 2015, Plaintiff filed his notice of appeal and a motion to proceed in forma pauperis on appeal. Plaintiff did not proceeding in forma pauperis before this Court.

Plaintiff's affidavit makes the required showing pursuant to Fed. R. App. P. 24(a)(1)(A), and his motion is therefore GRANTED.

IT IS SO ORDERED.

    Dated:  **February 17, 2015**              /s/ Dennis L. Beck
                                           UNITED STATES MAGISTRATE JUDGE

1